**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.H., a minor by and through her Guardian ad Litem DAWN HOTTINGER; K.H., a minor by and through her Guardian ad Litem JENNIFER HOBBS BOYER; C.H., a minor by and through his Guardian ad Litem BETTY HOTTINGER; BETTY HOTTINGER INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DONALD HOTTINGER, <br><br>  Plaintiffs, <br><br>  v. <br><br> COUNTY OF SAN BERNARDINO; DEPUTY JOSEPH JANOWICZ and DOES 1 through 10, <br><br>  Defendants. | CV 09-00537 PA (AGRx) <br><br> JUDGMENT |

Pursuant to the Court's December 14, 2009 Order granting the motion for summary judgment filed by defendants County of San Bernardino and Deputy Joseph Janowicz ("Defendants"), there are no remaining claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Plaintiffs M.H., K.H., C.H., and Betty Hottinger, individually and as administrator of the estate of Donald Hottinger ("Plaintiffs"), shall take nothing on their

claims; and

    2.    Defendants shall recover their costs in this action pursuant to 28 U.S.C. § 1920.

The Clerk is ordered to enter this Judgment.

IT IS SO ORDERED.

DATED: December 15, 2009

                                              Percy Anderson
                                 UNITED STATES DISTRICT JUDGE